**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

COLIN HARPER,                          :
                                       :
              Petitioner,              :        Civ. No. 21-10192 (RBK)
                                       :
       v.                              :
                                       :
LAMINE N'DIAYE,                        :        **MEMORANDUM & ORDER**
                                       :
              Defendants.              :
                                       :

Petitioner was formerly incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. On December 29, 2022, mail sent to Petitioner was returned to this Court as undeliverable at Plaintiff's address at F.C.I. Fort Dix as undeliverable on Petitioner.

Petitioner is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 3rd day of January, 2023,

ORDERED that by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this case as a result; and it is further

ORDERED that if Petitioner updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.


s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge